SAMUEL FOX, Appellant, v. SAQUI & Co., INC., Respondent.— Order, so far as appealed from, unanimously modified by granting items II and IV of the notice of motion, and by granting items I, III and VI in the form stated in the notice of motion; and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

C. WALTER RANDALL, as Trustee of BUSH TERMINAL COMPANY, Debtor, Respondent, v. FRANK BAILEY and Others, Appellants, Impleaded with Others, Defendants. — Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HENRY C. BURNSTINE v. A. JOSEPH GEIST.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

PAULINE C. DANSEY v. O. DELANCEY COSTER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of GLORIA BAR & GRILL, INC., against HENRY E. BRUCKMAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of ELEANORE CURRAN against THE BOARD OF ESTIMATE OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SOLOMON TUREL and Others, Petitioners, ISIDORE MUFSEN, Petitioner, Appellant, against JOHN H. DELANEY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY. Claim of ELIZABETH H. MARTIN on a One-half Interest in a $24,900 Guaranteed Mortgage, and of MICHAEL SCHWER on a $5,000 Guaranteed First Mortgage Certificate of Series N-20. WILLIAM P. CLARK, a Stockholder of NEW YORK TITLE AND MORTGAGE COMPANY, and Others; LOUIS H. PINK, Superintendent of Insurance, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, and Others; LENA GOODMAN, Certificate Holder of Series N-20.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of BETTY GRUEN for an Order Requiring LLOYD S. CARTER to Submit the Dispute between the Parties to Arbitration.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

440 EAST 102ND STREET CORP. v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.